# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROBERT O. POWELL,**

      **Plaintiff,**

  v.                                        Case No.:  2:13-cv-795
                                               JUDGE GEORGE C. SMITH
                                               Magistrate Judge Kemp

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

      This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on May 27, 2014.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's statement of errors is hereby **OVERRULED** and judgment shall be entered in favor of the Defendant, the Commissioner of Social Security.

      The Clerk shall remove Document 19 from the Court's pending motions list.

      **IT IS SO ORDERED.**

                                                     */s/ George C. Smith*
                                                     **GEORGE C. SMITH, JUDGE**
                                                     **UNITED STATES DISTRICT COURT**